## SMITH V. SOUTHERN LIME & CEMENT CO.

(Decided Dec. 16, 1909.)

APPEAL from Montgomery City Court.
Heard before Hon. W. H. THOMAS.
D. H. SEAY, for appellant.   J. STERNFELT, for appellee.
Per curiam.   Affirmed for want of assignment of errors.

---

## SOUTHERN RY. CO. V. HOLMAN.

(Decided Nov. 15, 1909.)

APPEAL from Sumter Chancery Court.
Heard before Hon. THOMAS H. SMITH.
WEATHERLY & STOKELY, and JAMES A. MITCHELL, for appellant.   PATTON & PATTON, for appellee.
Per curiam.   Dismissed by agreement of counsel.

---

## STATE, EX REL. HINES V. JOHNSON, ET AL.

(Decided Nov. 25, 1909.)

APPEAL from Birmingham City Court.
Heard before Hon. C. C. NESMITH.
No counsel marked for either party.
Per curiam.   Affirmed on certificate.